# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ MAR 03 2011 ★

**LONG ISLAND OFFICE**

1. Title of Case: <u>United States v. Giovanni Prado, et al, 10-CR-074 (S-3)(JFB)</u>

2. Related Magistrate Docket Number(s): <u>None</u>

3. Related Criminal Docket Numbers(s): <u>10-CR-421 (JFB) (Guzman); 10-CR-470 (JFB) (Mejia); 10-CR-519 (JFB) (Ayala-Ardon).</u>

   None ( )

4. Arrest Dates:

5. Nature of offense(s):  X  Felony
   ☐  Misdemeanor

6. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

   _____
   _____

7. Projected Length of Trial:   Less than 6 weeks  ( )
                                 More than 6 weeks  ( X )

8. County in which crime was allegedly committed: <u>Nassau/Suffolk</u> (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

9. Has this indictment been filed under seal?   ( ) Yes  ( X ) No

10. Have arrest warrants been ordered?   ( X ) Yes (Villatoro/Calderon)  ( ) No

11. Is a capital count included in the indictment?   ( X ) Yes  ( ) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
John J. Durham
Assistant U.S. Attorney
631-715-7851