FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ MAR 03 2011 ★

LONG ISLAND OFFICE

## CALENDAR MINUTES
## ON GRAND JURY PRESENTMENT

Before Magistrate Judge __Boyle__     Date __3/3/11__

The Grand Jury of ____10/07/09____ handed up

____1____ Indictment(s) which were ordered filed by the Court.
(number)

_____ Indictment(s) were ordered sealed by the Court.
(number)

____2____ Bench Warrants were ordered by the Court.
(number)

The Grand Jury thereupon

____✓____ returned for further deliberation.

_____ having completed its business, was dismissed with the thanks of the Court.

Robert C. Heinemann
Clerk of the Court

_L. Lundy_
Deputy Clerk